ACCEPTED
05-13-01024-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/9/2015 2:07:15 PM
LISA MATZ
CLERK

CAUSE NO. 05-13-01024-C

| | | |
|---|---|---|
| MICHELLE KIM | § | IN THE COURT OF APPELAS |
|     Appellant and Counter-Appellee, | § | |
| | § | |
| | § | |
| VS. | § | FIFTH DISTRICT OF TEXAS |
| | § | |
| | § | |
| KUM SUN HENDRICKSON | § | |
|     Appellee and Counter-Appellant. | § | AT DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/9/2015 2:07:15 PM
LISA MATZ
Clerk

### APPELLEE AND COUNTER-APPELLANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR RE-HEARING

TO THE HONORABLE COURT OF APPEALS:

COMES now Kum Sun Hendrickson, Appellee and Counter-Appellant, pursuant to Rules 49.1, 49.8, and 10.5(b), Texas Rules of Appellate Procedure, and would show the following:

### CERTIFICATE OF CONFERENCE

1. Appellee's counsel did confer with Appellant's counsel two days ago considering this motion, and he was of the opinion that the time deadline for this motion had already expired; however, Appellee's counsel learned that the deadline was not 10 days but 15 days from the rendition of the judgment.

2. It is presumed that Appellant's counsel is opposed to this motion.

### I.  GROUNDS FOR MOTION

3. Judgement was rendered on June 25, 2015.

4. The deadline to file a motion for re-hearing is fifteen (15) days thereafter, or July 10, 2015.

5. Within that period of time, this motion is timely filed and seeks an extension of time for the reason that Appellee's counsel is currently in the hospital and is not expected to return to practice for a minimum of 2 weeks.

6. There have been no previous requests to extend time to file a motion for re-hearing.

7. Counsel for Appellee will provide medical proof thereof if requested by this court.

**MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING**
**Page - 1**

## II.    REQUESTED RELIEF

8.  Appellee request until July 31, 2015 to file a motion for re-hearing.

9.  Appellee requests that this motion be granted and for general relief.

Respectfully submitted,

**THE LINE LAW FIRM**
6220 Gaston Avenue, Suite 609
Dallas, Texas 75214
214-821-2882 (Office – Main)
214-682-0880 (Direct)
214-821-2882 (Fax)

By:    _____
David K. Line, Attorney at Law
SBN: 12385500

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record in accordance with Rule 21a, Texas Rules of Civil Procedure, to-wit:

| | |
|---|---|
| **Emil Lippe**<br>Attorney for Appellant<br>600 N. Pearl Street<br>Suite S2460<br>Dallas, Texas USA 75201<br>View Map to our location<br>Telephone: (214) 855-1850<br>Facsimile: (214) 720-6074<br>E-mail: emil@texaslaw.com<br>*Via:    Fax and E-mail* | |

Date: January 27, 2014


_____
David Line, Attorney